IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MICHAEL DARREN BOYDSTON, ) <br> ID # 1954691, ) <br>   Petitioner, ) <br> ) <br> vs. ) <br> ) <br> DIRECTOR, Texas Department of ) <br> Criminal Justice, Correctional ) <br> Institutions Division, ) <br>   Respondent. ) | No. 3:21-CV-1735-K-BH |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The *Protective Petition to Stay and Abey* [sic] *Federal Habeas Proceedings*, received on July 26, 2021 (doc. 4), is **DENIED**.

SO ORDERED.

Signed August 25th, 2021.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE