IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MICHAEL DARREN BOYDSTON, ) <br> ID # 1954691, ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> DIRECTOR, Texas Department of ) <br> Criminal Justice, Correctional ) <br> Institutions Division, ) <br> Respondent. ) | No. 3:21-CV-1735-K-BH |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The *Motion to Add to Attachment of Petitioners* [sic] *Original Protective Petition to Stay and Abey* [sic], received on August 27, 2021 (doc. 14), is hereby construed as a motion for reconsideration under Federal Rule of Civil Procedure 54(b) and **DENIED**.

SO ORDERED.

Signed September 21st, 2021.

*Ed Kinkeade*
_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE