IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MICHAEL DARREN BOYDSTON, )<br>    ID # 1954691, )<br>        Petitioner, )<br> )<br>vs. )<br> )<br>DIRECTOR, Texas Department of )<br>Criminal Justice, Correctional )<br>Institutions Division, )<br>        Respondent. ) | No. 3:21-CV-1735-K-BH |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the *Petition for a Writ of Habeas Corpus by a Person in State Custody*, received on July 26, 2021 (doc. 3), is **DENIED** with prejudice as barred by the statute of limitations.

SO ORDERED.

Signed September 21st, 2021.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE